UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN WALTER BENNETT,<br>    Plaintiff,<br><br>-v-<br><br>ST. JOSEPH COUNTY SHERIFF DEPARTMENT,<br>BRADLEY D. BALK, *Sheriff, St. Joseph County Sheriff's Department, in his official capacity*,<br>MICHAEL ALLEN MCCOY, *Narcotics Investigator, St. Joseph County Sheriff's Department, in his individual and official capacities*,<br>TERRY BAKER, *Narcotics Officer, St. Joseph County Sheriff's Department, in his individual and official capacities*,<br>JEREMIAH ABNET, *Deputy, St. Joseph County Sheriff's Department, in his individual and official capacities*,<br>    Defendants. | No. 1:11-cv-1118<br><br>HONORABLE PAUL L. MALONEY |

**JUDGMENT**

Having dismissed all claims against the named defendants, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff John Walter Bennett.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**


Date:  April 12, 2013                        /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       Chief United States District Judge